**FILED**

JAN 2 3 2026

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIA ALEJANDRA RAMIREZ CHAN,<br><br>Defendant | Case No.: 25-CR-04805-TWR<br><br>**ORDER AND JUDGMENT OF DISMISSAL WITHOUT PREJUDICE** |

Upon the motion of the United States, pursuant to Rule 48 of the Federal Rules of Criminal Procedure,

IT IS HEREBY ORDERED that the Information against Defendant Maria Alejandra Ramirez Chan in this case is dismissed without prejudice.

SO ORDERED AND ADJUDGED.

DATED: 1|23|26

_____
HON. TODD W. ROBINSON
United States District Judge